Colleen T. Davies (SBN 111371)
Email: cdavies@reedsmith.com
Steven J. Boranian (SBN 174183)
Email: sboranian@reedsmith.com
Karen A. Braje (SBN 193900)
Email: kbraje@reedsmith.com
Alison B. Riddell (SBN 246120)
Email: ariddell@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendants
Merck & Co., Inc.
Schering-Plough Corporation,
Schering Corporation,
Schering-Plough Healthcare Products, Inc.,
Schering-Plough Biopharma Corporation and
Schering-Plough Healthcare Products Sales
Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ARTENSTEIN, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCK & CO., INC.; SCHERING-PLOUGH CORPORATION; SCHERING CORPORATION; SCHERING-PLOUGH HEALTHCARE PRODUCTS, INC.; SCHERING-PLOUGH BIOPHARMA CORPORATION; and SCHERING-PLOUGH HEALTHCARE PRODUCTS SALES CORPORATION, inclusive,<br><br>Defendants. | No.: 2:08-cv-00152-LEW-EFB<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Compl. Filed:   January 18, 2008<br>Trial Date:       None set<br>Disc. Cut-Off:  None set<br><br>Honorable Ronald S.W. Lew |

No.: 2:08-cv-00152-LEW-EFB

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Civil Local Rule 6-144(a), the parties hereto file this Stipulation and [Proposed] Order to extend the time within which Defendants may respond to the Complaint.

Plaintiff filed the Complaint on January 18, 2008, and the last day for Defendants Merck & Co., Inc., Schering Corporation, Schering-Plough Healthcare Products, Inc. and Schering-Plough Biopharma Corporation to file a responsive pleading is February 21, 2008.  The last day for Defendants Schering-Plough Corporation and Schering-Plough Healthcare Products Sales Corporation to file a responsive pleading is February 25, 2008.

This case is one of several cases filed against the Defendants involving claims related to Vytorin™.  Currently, there is a hearing scheduled before the Judicial Panel on Multidistrict Litigation in *In re Vytorin/Zetia Marketing, Sales Practices and Products Liability Litigation* (MDL No. 1938) to determine whether these cases should be centralized.  Pending the outcome of this hearing, the parties stipulate that Defendants' time within which to respond to the Complaint shall be extended to April 15, 2008.  The parties respectfully request the Court issue an order consistent with this stipulation.

DATED:  February 21, 2008.

REED SMITH LLP

By    /s/ Karen A. Braje
      Steven J. Boranian
      Karen A. Braje
      Attorneys for Defendants
      Merck & Co., Inc.
      Schering-Plough Corporation,
      Schering Corporation,
      Schering-Plough Healthcare Products, Inc.,
      Schering-Plough Biopharma Corporation and
      Schering-Plough Healthcare Products Sales Corporation

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

PDF created with pdfFactory trial version www.pdffactory.com

DATED: February 21, 2008.

CLAYEO C. ARNOLD, PLC

By  /s/ Kirk J. Wolden
    Kirk J. Wolden
    Attorneys for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED the above terms of this Stipulation are approved by this Court.

DATED:  02/22/2008

/s/ Ronald S. W. Lew
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com