Colleen T. Davies (SBN 111371)
Email: cdavies@reedsmith.com
Steven J. Boranian (SBN 174183)
Email: sboranian@reedsmith.com
Karen A. Braje (SBN 193900)
Email: kbraje@reedsmith.com
Alison B. Riddell (SBN 246120)
Email: ariddell@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:     +1 415 543 8700
Facsimile:     +1 415 391 8269

Attorneys for Defendants
Merck & Co., Inc.
Schering-Plough Corporation,
Schering Corporation,
Schering-Plough Healthcare Products, Inc.,
Schering-Plough Biopharma Corporation and
Schering-Plough Healthcare Products Sales
Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ARTENSTEIN, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCK & CO., INC.; SCHERING-PLOUGH CORPORATION; SCHERING CORPORATION; SCHERING-PLOUGH HEALTHCARE PRODUCTS, INC.; SCHERING-PLOUGH BIOPHARMA CORPORATION; and SCHERING-PLOUGH HEALTHCARE PRODUCTS SALES CORPORATION, inclusive,<br><br>Defendants. | No.: 2:08-cv-00152-LEW-EFB<br><br>**STIPULATION AND ORDER TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT PENDING TRANSFER TO MULTIDISTRICT LITIGATION AND TO VACATE RULE 26 CONFERENCE**<br><br>Compl. Filed:     January 18, 2008<br>Trial Date:         None set<br>Disc. Cut-Off:     None set<br><br>Honorable Ronald S.W. Lew |

No.: 2:08-cv-00152-LEW-EFB

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO
VACATE RULE 26 CONFERENCE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

PDF created with pdfFactory trial version www.pdffactory.com

1   Pursuant to Civil Local Rule 6-144(a), the parties hereto file this Stipulation and [Proposed]
2   Order to extend the time within which Defendants may respond to the Complaint and to vacate the
3   Court's January 23, 2008 scheduling order which sets a deadline for the Rule 26 conference and
4   submission of a joint status report.

5

6                                           **STIPULATION**

7

8   The Plaintiff George Artenstein ("Plaintiff") and Defendants Merck & Co., Inc., Schering-
9   Plough Corporation, Schering Corporation, Schering-Plough Healthcare Products, Inc., Schering-
10  Plough Biopharma Corporation and Schering-Plough Healthcare Products Sales Corporation
11  ("Defendants") by and through their counsel, hereby stipulate as follows:

12      1.      That Plaintiff filed the Complaint in this action on January 18, 2008;

13      2.      That, pursuant to stipulation, the last day for Defendants to file a responsive pleading
14  is April 15, 2008;

15      3.      That a hearing before the Judicial Panel on Multidistrict Litigation ("JPML") in MDL
16  Docket No. 1938, *In Re Vytorin/Zetia Marketing, Sales and Products Liability Litigation*, took place
17  in Austin, Texas on March 27, 2008;

18      4.      That on April 8, 2008, the Judicial Panel on Multidistrict Litigation ruled on the
19  pending motions for centralization and transfer in *In re Vytorin/Zetia Marketing, Sales Practices and*
20  *Products Liability Litigation*, MDL No. 1938.  The Panel decided that the 33 actions which were the
21  subject of the motion should be centralized and transferred to the United States District Court for the
22  District of New Jersey.  This action is one of the cases transferred under the Panel Order;

23      5.      That Defendants wish to defer their responses to Plaintiff's Complaint pending
24  transfer of this action to the United States District Court for the District of New Jersey;

25      6.      That Plaintiff agrees to an extension of time as set forth in the proposed Order below;
26  and

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO
VACATE RULE 26 CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

7.      That all parties seek to vacate the Court's January 23, 2008 scheduling order which sets a deadline for the Rule 26 conference pending a decision by the JPML as to whether to centralize these actions.


DATED:  April 15, 2008.

                                                    REED SMITH LLP


                                                    By____/s/ Karen A. Braje_____
                                                          Steven J. Boranian
                                                          Attorneys for Defendants
                                                          Merck & Co., Inc.
                                                          Schering-Plough Corporation,
                                                          Schering Corporation,
                                                          Schering-Plough Healthcare Products, Inc.,
                                                          Schering-Plough Biopharma Corporation and
                                                          Schering-Plough Healthcare Products Sales
                                                          Corporation

DATED: April 15, 2008.

                                                    CLAYEO C. ARNOLD, PLC


                                                    By____/s/ Kirk J. Wolden_____
                                                          Kirk J. Wolden
                                                          Attorneys for Plaintiff


 **ORDER**


This matter having come before the Court by stipulation of the parties for an extension of time to answer, move or otherwise respond to the Complaint and to vacate the Rule 26 conference, pending transfer of this and other matters to the United States District Court for the District of New Jersey, MDL Docket No. 1938, *In Re Vytorin/Zetia Marketing, Sales and Products Liability Litigation*, it is hereby

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO VACATE RULE 26 CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    ORDERED that the time within which the Defendants may answer, move or otherwise

2    respond to the Complaint in the above matter is hereby extended to a date to be set at the first

3    scheduling conference in MDL 1938, *In re Vytorin/Zetia Marketing, Sales Practices and Products*

4    *Liability Litigation*; and

5

6    It is further ORDERED that if the Defendants file a responsive pleading in any other similar

7    action pending in another federal district court, they shall notify the Plaintiff's counsel before filing

8    such a pleading, and the Plaintiff may then file a motion to amend this Order.  Defendants reserve

9    the right to oppose such a motion; and

10

11   It is further ORDERED that nothing in this Order shall prevent any party to this action from

12   filing any and all pleadings, motions and/or responses the party deems necessary or otherwise

13   appropriate before the MDL Panel concerning transfer and/or centralization of this or other action(s);

14   and

15

16   It is further ORDERED that the Court's January 23, 2008 scheduling order setting a deadline

17   for the Rule 26 conference is hereby vacated.

18

19   IT IS SO ORDERED.

20   DATED:  April 15, 2008

21                                                                    /s/ Ronald S. W. Lew
                                                                     HON. RONALD S. W. LEW
22                                                                   United States District Judge

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

No.: 2:08-cv-00152-LEW-EFB                    – 3 –

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO
VACATE RULE 26 CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com